UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 23-1435 JGB (KKx)** | Date | January 25, 2024 |
|---|---|---|---|
| Title | *Latanya Williams v Thomas J. Fee, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):         Attorney(s) Present for Defendant(s):

None Present                    None Present

**Proceedings:**   Order to Show Cause Regarding Default Judgment (IN CHAMBERS)

On July 21, 2023, plaintiff Latanya Williams ("Plaintiff") filed the complaint against defendant Thomas J. Fee ("Defendant"). (Dkt. No. 1.) On October 25, 2023, Plaintiff filed proof of service as to Defendant—an answer was due by September 12, 2023. (Dkt. No. 14.) On October 31, 2023, the clerk entered default as to Defendant. (Dkt. No. 16.) As of this writing, Plaintiffs has not filed a motion for default judgment.

Accordingly, the Court **ORDERS** Plaintiff to file a motion for default judgment as to Defendant no later than **February 5, 2024** or show cause in writing why this matter should not be dismissed. Failure to timely comply with this order may result in dismissal of this action.

   **IT IS SO ORDERED.**